IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY WU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CASTLIGHT HEALTH, INC., BRYAN ROBERTS, ED PARK, DAVID B. SINGER, MICHAEL EBERHARD, DAVID EBERSMAN, KENNY VAN ZANT, SETH COHEN, JUDITH K. VERHAVE, and MAEVE O'MEARA,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-01017-JSR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Tony Wu hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 27, 2022

Respectfully submitted,

By: /s/ Joshua M. Lifshitz
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW PLLC**
1190 Broadway,
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

SO ORDERED
[signature]
JSDJ
4-28-20